IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01471-RPM

RONALD DWAYNE BROWN,

    Plaintiff,
v.

THE CITY OF COLORADO SPRINGS,
PETER CAREY, Chief of Police, Colorado Springs Police Department, in his official capacity,
VINCE NISKI, Deputy Chief of Police, Colorado Springs Police Department, individually and in his official capacity,
ARTHUR "SKIP" ARMS, Commander, Colorado Springs Police Department, individually and in his official capacity,
Lt. SALVATORE FIORILLO III, Unite Commander, Tactical Enforcement Unit (Swat Team), Colorado Springs Police Department, individually and in his official capacity,
Sgt. RONALD SHEPPARD, Colorado Springs Police Department, individually,
Sgt. CHRIS ARSENEAU, Colorado Springs Police Department, individually,
Officer DAN CARTER, Colorado Springs Police Department, individually,
Officer WILLIAM P. BETTS, Colorado Springs Police Department, individually,
Officer ROBIN McPIKE, Colorado Springs Police Department, individually,
Officer SHAWN MAHON, Colorado Springs Police Department, individually,
Officer MARCUS VAN OONYEN, Colorado Springs Police Department, individually,
Sgt. RUSSELL (FNU), Colorado Springs Police Department, individually,

    Defendants.
_____

ORDER DENYING PARTIAL MOTION TO DISMISS AMENDED COMPLAINT
_____

On October 6, 2014, The City of Colorado Springs, Chief Peter Carey, Deputy Chief Vince Niski, and Lieutenant Salvatore Fiorillo filed a partial motion to dismiss the amended complaint [Doc. 15]. The plaintiff filed his response on October 27, 2014, [Doc. 16]. It is now

ORDERED that the partial motion to dismiss is denied.

DATED:  October 28th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge