IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01471-RPM

RONALD DWAYNE BROWN,

    Plaintiff,
v.

THE CITY OF COLORADO SPRINGS,
PETER CAREY, Chief of Police, Colorado Springs Police Department, in his official capacity,
VINCE NISKI, Deputy Chief of Police, Colorado Springs Police Department, individually and in his official capacity,
Lt. SALVATORE FIORILLO III, Unite Commander, Tactical Enforcement Unit (Swat Team), Colorado Springs Police Department, individually and in his official capacity,
Sgt. RONALD SHEPPARD, Colorado Springs Police Department, individually,
Sgt. CHRIS ARSENEAU, Colorado Springs Police Department, individually,
Officer DAN CARTER, Colorado Springs Police Department, individually,
Officer WILLIAM P. BETTS, Colorado Springs Police Department, individually,
Officer ROBIN McPIKE, Colorado Springs Police Department, individually,
Officer SHAWN MAHON, Colorado Springs Police Department, individually,
Officer MARCUS VAN OONYEN, Colorado Springs Police Department, individually,

    Defendants.
_____

ORDER AMENDING SCHEDULING ORDER
_____

    Upon review of the Unopposed Motion to Amend Scheduling Order [27] filed today, it is

    ORDERED that the Scheduling Order is amended as follows:

    Part 7(d)(3): The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 20, 2015**.

    Part 7(d)(4): The parties shall designate all contradictory experts and provide opposing counsel with all information specified in Fed. R. Civ. 26(a)(2) on or before **August 17, 2015**.

    Part 7(d)(5): Any rebuttal opinions will be exchanged on or before **August 17, 2015**.

DATED: March 19th, 2015

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge