IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01471-RPM

RONALD DWAYNE BROWN,

      Plaintiff,
v.

THE CITY OF COLORADO SPRINGS,
PETER CAREY, Chief of Police, Colorado Springs Police Department, in his official capacity,
VINCE NISKI, Deputy Chief of Police, Colorado Springs Police Department, individually and in his official capacity,
Lt. SALVATORE FIORILLO III, Unite Commander, Tactical Enforcement Unit (Swat Team), Colorado Springs Police Department, individually and in his official capacity,
Sgt. RONALD SHEPPARD, Colorado Springs Police Department, individually,
Sgt. CHRIS ARSENEAU, Colorado Springs Police Department, individually,
Officer DAN CARTER, Colorado Springs Police Department, individually,
Officer WILLIAM P. BETTS, Colorado Springs Police Department, individually,
Officer ROBIN McPIKE, Colorado Springs Police Department, individually,
Officer SHAWN MAHON, Colorado Springs Police Department, individually,
Officer MARCUS VAN OONYEN, Colorado Springs Police Department, individually,

      Defendants.
_____

## ORDER AMENDING SCHEDULING ORDER
_____

Upon review of Plaintiff's Unopposed Motion to Amend Scheduling Order [Doc. 32], it is

ORDERED that the Scheduling Order is amended as follows:

    Part 7(b):   Discovery Cut-Off: September 30, 2015.

    Part 7(c):   Dispositive Motion Deadline: November 13, 2015.

    Part 7(d)(3): The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 31, 2015.

    Part 7(d)(4): The parties shall designate all contradictory experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before September 30, 2015.

  Part 7(d)(5): Any rebuttal opinions will be exchanged on or before October 15, 2015.

DATED:   July 24th, 2015

         BY THE COURT:

         s/Richard P. Matsch

         _____
         Richard P. Matsch, Senior Judge