IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01471-RPM

RONALD DWAYNE BROWN,

    Plaintiff,

v.

THE CITY OF COLORADO SPRINGS,
PETER CAREY, Chief of Police, Colorado Springs Police Department, in his official capacity,
VINCE NISKI, Deputy Chief of Police, Colorado Springs Police Department, individually and in his official capacity,
Lt. SALVATORE FIORILLO III, Unite Commander, Tactical Enforcement Unit (Swat Team), Colorado Springs Police Department, individually and in his official capacity,
Sgt. RONALD SHEPPARD, Colorado Springs Police Department, individually,
Sgt. CHRIS ARSENEAU, Colorado Springs Police Department, individually,
Officer DAN CARTER, Colorado Springs Police Department, individually,
Officer WILLIAM P. BETTS, Colorado Springs Police Department, individually,
Officer ROBIN McPIKE, Colorado Springs Police Department, individually,
Officer SHAWN MAHON, Colorado Springs Police Department, individually,
Officer MARCUS VAN OONYEN, Colorado Springs Police Department, individually,

    Defendants.
_____

ORDER DENYING MOTION TO AMEND SCHEDULING ORDER
_____

The defendants' motion seeking to amend the Scheduling Order is not specific with respect to what expert opinions are necessary and provides for designations simultaneously by both parties which is contrary to the Scheduling Order. Accordingly, it is

ORDERED that the Motion to Amend Scheduling Order [Doc. 34] is denied.

DATED:  September 29th, 2015

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior Judge